United States Courts
Southern District of Texas
FILED

FEB 29 2012

David J. Bradley, Clerk of Court

Certificate Number: 01267-TXS-CC-017482448

01267-TXS-CC-017482448

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>February 28, 2012</u>, at <u>10:08</u> o'clock <u>PM CST</u>, <u>Jane Kao</u> received from <u>Money Management International, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Southern District of Texas</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by telephone</u>.

Date: <u>February 28, 2012</u>  By: <u>/s/Marilyn Smith</u>

Name: <u>Marilyn Smith</u>

Title: <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).