B6A (Official Form 6A) (12/07)

In re **JANE KAO**                                                                    Case No.   **12-31484-H3-7**
                                                                                              (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Residence at 6829 Carvel Lane, Houston, TX Lot 2, Block 35, Sharpstown, Section 1, Harris County, Texas<br><br>Acquired by Deed dated May 23, 2006 | Fee Simple | - | $138,000.00 | $119,168.82 |
| Residence at 2460 Aaron Street, Los Angeles, CA Lot 45, Tract No. 38078, Los Angeles County, California (1/2 undivided interest).  FMV of entire tract is $611,000.00 as is.<br><br>Acquired by Deed dated October 22, 1996 | Fee Simple | - | $305,500.00 | $190,602.73 |
| Residence at 2460 Aaron Street, Los Angeles, CA Debtor believes that an involuntary foreclosure sale of a one-half undivided interest in this property acquired by J. Michael Kelly pursuant to an alleged lien conveyed by the debtor's former spoue to Mr. Kelly is invalid and that this property interest should be recovered for the benefit of the estate. | Contingent | - | $0.00 | $0.00 |
| Lot at 2341 Maroneal Street, Houston, TX Debtor believes that an involuntary contstable sale of this property based on a purported judgment held by J. Michael Kelly and sold to Garza Properties, LLC is invalid and that this property interest should be recovered for the benefit of the estate.  FMV of property is $580,897.00 as of date of constable sale. | Contingent | - | $0.00 | $0.00 |
| | | Total: | $443,500.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **JANE KAO**                                                    Case No.   **12-31484-H3-7**
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | - | $25.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America - Checking #0307 | - | $40.99 |
| | | Chase Bank - Checking #6584 | - | $508.60 |
| | | Chase Bank - Checking #0163 | - | $30.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Located at 9374 Briar Forest Drive, Houston, TX<br>Sofa $400.00<br>Sofa $400.00<br>Coffee Table $300.00<br>2 End Tables $200.00<br>Dining Table 300.00<br>6 Dining Chair $600.00<br>Kitchen Table $100.00<br>Bed $400.00<br>Chest Drawer $200.00<br>2 Night Stands $100.00<br>2 Lamps $100.00 | - | $3,000.00 |
| | | Located at 9374 Briar Forest Drive, Houston, TX:<br>Bed $100.00<br>Chest Drawer $50.00<br>Night Stand $50.00<br>Color TV $400.00<br>Stereo $150.00<br>DVD Player $30.00<br>Computer $800.00<br>Printer $30.00 | - | $1,610.00 |
| | | Located at 9374 Briar Forest Drive, Houston, TX: | - | $1,230.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **JANE KAO**                                      Case No.   **12-31484-H3-7**
                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Refrigerator $500.00<br>Stove $200.00<br>Microwave Oven $50.00<br>Appliances $50.00<br>Washing Machine $150.00<br>Dryer $150.00<br>Vacuum Cleaner $50.00<br>3 Telephones $30.00<br>Mobile Phone $30.00<br>Answering Machine $20.00<br><br>Located at 9374 Briar Forest Drive, Houston, TX:<br>Dishware $100.00<br>China Set $50.00<br>Glassware $50.00<br>Bedding $20.00<br>Linen $20.00<br>Household Tools $20.00 | - | $260.00 |
| | | Located at 2460 Aaron Street, Los Angeles, CA:<br>Sofa $400.00<br>Sofa $400.00<br>2 Coffee Tables $400.00<br>2 End Tables $300.00<br>Dining Table $150.00<br>Bed $300.00<br>3 Chest of Drawers $450.00 | - | $2,400.00 |
| | | Located at 2460 Aaron Street, Los Angeles, CA:<br>Refrigerator $400.00<br>Microwave Oven $50.00<br>Washing Machine $75.00<br>Dryer $75.00<br>Dishware $100.00<br>China $50.00<br>Glasses $50.00 | - | $800.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **JANE KAO**                                           Case No.   **12-31484-H3-7**
                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Women's Clothing located at 9374 Briar Forest Drive, Houston, TX | - | $500.00 |
| | | Women's Clothing located at 2460 Aaron Street, Los Angeles, CA | - | $250.00 |
| 7. Furs and jewelry. | | Ring located at 9374 Briar Forest Drive, Houston, TX | - | $1,000.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | | Sun Life Financial | - | $64,659.60 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **JANE KAO**                                    Case No.   **12-31484-H3-7**
                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Pfizer Inc. (joint tenant with daughter; total FMV $6,354.00) | - | $3,177.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Estate of King Wa Kao (Decedant is debtor's father and estate is located in Taiwan.  Debtor was previously advised by family members that she was not receiving a distribution.) | - | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **JANE KAO**                                    Case No.  **12-31484-H3-7**
                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Unliquidated claim against J. Michael Kelly for damages arising from, but not limited to, tortious interference (estimated claim for, among other damages, value of assets lost, mental anguish and attorney fees). | - | $1,500,000.00 |
| | | Claim against J. Michael Kelly to recover a one-half undivided interest in real property located 2460 Aaron Street, Los Angeles, CA which he acquired by foreclosure on an alleged lien he acquired from debtor's former spouse. | - | $305,500.00 |
| | | Claim against J. Michael Kelly and Garza Properties LLC to recover property located at 2341 Maroneal Street, Houston, TX which Mr. Kelly sold to Garza Properties LLC by constable sale based on a purported judgment lien asserted by Mr. Kelly on the real property. | - | $580,897.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Mercedes Benz C320 (acquired by gift from son; title is still held in name of son). | - | $5,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **JANE KAO**                                                          Case No.   **12-31484-H3-7**
                                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____5_____ continuation sheets attached          **Total  >**   $2,470,888.19

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **JANE KAO**                                    Case No.   **12-31484-H3-7**
                                                                (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450.*

☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Lot at 2341 Maroneal Street, Houston, TX Debtor believes that an involuntary contstable sale of this property based on a purported judgment held by J. Michael Kelly and sold to Garza Properties, LLC is invalid and that this property interest should be recovered for the benefit of the estate.  FMV of property is $580,897.00 as of date of constable sale. | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $0.00 | $0.00 |
| Located at 9374 Briar Forest Drive, Houston, TX Sofa $400.00 Sofa $400.00 Coffee Table $300.00 2 End Tables $200.00 Dining Table 300.00 6 Dining Chair $600.00 Kitchen Table $100.00 Bed $400.00 Chest Drawer $200.00 2 Night Stands $100.00 2 Lamps $100.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $3,000.00 | $3,000.00 |
| Located at 9374 Briar Forest Drive, Houston, TX: Bed $100.00 Chest Drawer $50.00 Night Stand $50.00 Color TV $400.00 Stereo $150.00 DVD Player $30.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,610.00 | $1,610.00 |
| * Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced  on or after the date of adjustment. | | **$4,610.00** | **$4,610.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re   **JANE KAO**                                          Case No.   **12-31484-H3-7**
                                                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Computer $800.00<br>Printer $30.00<br><br>Located at 9374 Briar Forest Drive, Houston, TX:<br>Refrigerator $500.00<br>Stove $200.00<br>Microwave Oven $50.00<br>Appliances $50.00<br>Washing Machine $150.00<br>Dryer $150.00<br>Vacuum Cleaner $50.00<br>3 Telephones $30.00<br>Mobile Phone $30.00<br>Answering Machine $20.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,230.00 | $1,230.00 |
| Located at 9374 Briar Forest Drive, Houston, TX:<br>Dishware $100.00<br>China Set $50.00<br>Glassware $50.00<br>Bedding $20.00<br>Linen $20.00<br>Household Tools $20.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $260.00 | $260.00 |
| Women's Clothing located at 9374 Briar Forest Drive, Houston, TX | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $500.00 | $500.00 |
| Ring located at 9374 Briar Forest Drive, Houston, TX | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $1,000.00 | $1,000.00 |
| Sun Life Financial | Tex. Ins. Code § 1108.051 | $64,659.60 | $64,659.60 |
| 2003 Mercedes Benz C320 (acquired by gift from son; title is still held in name of son). | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $5,000.00 | $5,000.00 |
|  |  | **$77,259.60** | **$77,259.60** |

B6D (Official Form 6D) (12/07)

In re **JANE KAO**     Case No.  **12-31484-H3-7**
                                        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Bank of America, N.A.**<br>**PO Box 5170**<br>**Simi Valley, CA  93062-5170** | | - | DATE INCURRED:  **Feb. 2007**<br>NATURE OF LIEN:<br>**Deed of Trust**<br>COLLATERAL:<br>**6829 Carvel Lane, Houston, TX**<br>REMARKS:<br><br>VALUE:          **$138,000.00** | | | | **$115,678.48** | |
| ACCT #:<br><br>**City of Houston**<br>**PO Box 3547**<br>**Houston, TX  77253-3547** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Real Property Lien**<br>COLLATERAL:<br>**2341 Maroneal, Houston, TX**<br>REMARKS:<br>**Lien against 2341 Maroneal Street, Houston, TX owed in the event the property is recovered for the benefit of the estate.**<br>VALUE:          **$580,897.00** | | | X | **$600.55** | |
| **Representing:**<br>**City of Houston** | | | **Linebarger, Goggan, Blair & Sampson, LLP**<br>**Attorneys at Law**<br>**1301 Travis Street, 3rd Floor**<br>**Houston, TX  77002** | | | | **Notice Only** | **Notice Only** |
| ACCT #:<br><br>**County of Los Angeles**<br>**Treasurer and Tax Collector**<br>**PO Box 54018**<br>**Los Angeles, CA  90054-0018** | | - | DATE INCURRED:  **2007-2011**<br>NATURE OF LIEN:<br>**Real Property Taxes**<br>COLLATERAL:<br>**2460 Aaron Street, Los Angeles, CA**<br>REMARKS:<br>**Estimated total.  Part of property tax is liability of J. Michael Kellly's disputed one-half interest in the property.  Tax reduced if foreclosure rescinded.**<br>VALUE:          **$305,500.00** | | | X | **$53,241.00** | |
| | | | Subtotal (Total of this Page) > | | | | **$169,520.03** | **$0.00** |
| | | | Total (Use only on last page) > | | | | | |

_____2_____continuation sheets attached

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **JANE KAO**                                                Case No.  **12-31484-H3-7**
                                                                                  (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Frank Salz**<br>**Salz & Salz**<br>**150 S. Los Robles Ave. Suite 910**<br>**Pasadena, CA  91101-2437** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Attorney's Real Property Lien**<br>COLLATERAL:<br>**2460 Aaron Street, Los Angeles, CA**<br>REMARKS:<br><br>VALUE:                    **$305,500.00** | | | | **$155,602.73** | |
| ACCT #:<br><br>**Garza Properties LLC**<br>**1210 Bayport Blvd**<br>**Seabrook, TX  77586-3406** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Subrogation claim**<br>COLLATERAL:<br>**2341 Maronel Street, Houston, TX**<br>REMARKS:<br>**Transferee of real property located at 2341 Maronel Street, Houston, TX. Possible subrogation claim for payment of taxes on this property in the event the constable sale is** | X | | X | **$0.00** | |
| | | | **rescinded.**<br><br><br><br>VALUE:                    **$0.00** | X | | X | | |
| **Representing:**<br>**Garza Properties LLC** | | | **Richard A. Battaglia**<br>**Attorney at Law**<br>**PO Box 131276**<br>**Houston, TX 77219-1276** | | | | **Notice Only** | **Notice Only** |

Sheet no. ___**1**___ of ___**2**___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | **$155,602.73** |
| Total (Use only on last page) > | |

|  |  |
|---|---|
| (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Subtotal unsecured: **$0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re   **JANE KAO**                                                Case No.   **12-31484-H3-7**
                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **062-024-013-0006** <br><br> **Harris County Tax Assessor/Collector PO Box 4622 Houston, TX  77210-4622** | | - | DATE INCURRED: **2009-2010** <br> NATURE OF LIEN: <br> **Real Property Taxes** <br> COLLATERAL: <br> **2341 Maroneal St., Houston, TX** <br> REMARKS: <br> **Estimated taxes owed in the event the property is recovered for the benefit of the estate.** <br><br> VALUE:          **$580,897.00** | X | | | **$42,101.44** | |
| ACCT #: <br><br> **Harris County Tax Assessor/Collector PO Box 4622 Houston, TX  77210-4622** | | - | DATE INCURRED: <br> NATURE OF LIEN: <br> **Real Property Taxes** <br> COLLATERAL: <br> **6829 Carvel, Houston, TX** <br> REMARKS: <br><br> VALUE:          **$144,697.00** | | | | **$3,734.66** | |
| ACCT #: <br><br> **J. Michael Kelly Law Office of J. Michael Kelly 429 Santa Monica Blvd Suite 120 Santa Monica, CA  90401** | | | DATE INCURRED: <br> NATURE OF LIEN: <br> **Judgment Lien** <br> COLLATERAL: <br> **2460 Aaron Street, Los Angeles, CA** <br> REMARKS: <br> **Disputed as to liability and validity of lien.** <br><br> VALUE:          **$305,500.00** | | | X | **$15,000.00** | |
| | | | | | | | | |

Sheet no. ___**2**___ of ___**2**___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | **$60,836.10** | **$0.00** |
| Total (Use only on last page) > | **$385,958.86** | **$0.00** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

In re  **JANE KAO**                                                                 Case No.    **12-31484-H3-7**
                                                                                                        (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re   **JANE KAO**

Case No.   **12-31484-H3-7**
(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**IRS/Special Procedure Branch**<br>**Attn:  BK Section**<br>**Mail Code 5024HOU**<br>**1919 Smith Street**<br>**Houston, TX   77002** | | - | DATE INCURRED: **2005-2009**<br>CONSIDERATION:<br>**Income Taxes**<br>REMARKS: | | | | **$123,944.52** | **$93,970.71** | **$29,973.81** |
| **Representing:**<br>**IRS/Special Procedure Branch** | | | **IRS/Special Procedure Branch**<br>**PO Box 7346**<br>**Philadelphia, PA   19101-7346** | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| Sheet no. ___1___ of ___1___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | Subtotals (Totals of this page) > | **$123,944.52** | **$93,970.71** | **$29,973.81** |
|---|---|---|---|---|
| | Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | **$123,944.52** | | |
| | Totals ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | **$93,970.71** | **$29,973.81** |

B6F (Official Form 6F) (12/07)

In re   **JANE KAO**                                     Case No.   **12-31484-H3-7**
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **AAA Texas Homeowners** <br> **PO Box 25036** <br> **Santa Ana, CA  92799-5036** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Insurance** <br> REMARKS: | | | | $77.09 |
| **Representing:** <br> **AAA Texas Homeowners** | | | NCO Financial Systems, Inc. <br> 2725 East Desert Inn Road <br> Las Vegas, NV  89121 | | | | **Notice Only** |
| ACCT #:  **xxxxxx8629** <br> **Airtouch Cellular** <br> **PO Box 468657** <br> **Atlanta, GA  31146-9929** | | - | DATE INCURRED:  **1/28/2008** <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | $929.72 |
| **Representing:** <br> **Airtouch Cellular** | | | **AFNI** <br> **PO Box 3427** <br> **Bloomington, IL  61702-3427** | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxxxx-x4001** <br> **American Express** <br> **PO Box 981540** <br> **El Paso, TX  79998-1540** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $5,417.07 |
| **Representing:** <br> **American Express** | | | **Gulf State Credit** <br> **PO Box 4907** <br> **Trenton, NJ  08650-4907** | | | | **Notice Only** |

|  | Subtotal > | $6,423.88 |
|---|---|---|

_____**10**_____ continuation sheets attached

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **JANE KAO**                                                   Case No.   **12-31484-H3-7**
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **American Express** | | | NCO Financial Systems, Inc.<br>507 Prudential Road<br>Horsham, PA   19044 | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxxxx-x2005**<br>**American Express**<br>**PO Box 6618**<br>**Omaha, NE  68105-0618** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $829.95 |
| **Representing:** **American Express** | | | Becket & Lee LLP<br>PO Box 3001<br>Malvern, PA   19355-0701 | | | | **Notice Only** |
| ACCT #:  **xxxxxx8680**<br>**American Express Travel**<br>**PO Box 981540**<br>**El Paso, TX  79998-1540** | | - | DATE INCURRED:  **7/20/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $3,559.99 |
| **Representing:** **American Express Travel** | | | Gulf State Credit<br>PO Box 4907<br>Trenton, NJ  08650-4907 | | | | **Notice Only** |
| **Representing:** **American Express Travel** | | | Northland Group, Inc.<br>PO Box 390846<br>Edina, MN   55439 | | | | **Notice Only** |

Sheet no. ___1___ of ___10___ continuation sheets attached to                           Subtotal >   |   $4,389.94
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __JANE KAO__                                        Case No. __12-31484-H3-7_____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**AT&T**<br>**PO Box 8212**<br>**Aurora, IL  60572-8212** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$69.54** |
| **Representing:**<br>**AT&T** | | | **NCO Financial Systems, Inc.**<br>**507 Prudential Road**<br>**Horsham, PA  19044** | | | | **Notice Only** |
| ACCT #:  **0703**<br>**Bank of America**<br>**PO Box 15719**<br>**Wilmington, DE 19886-5719** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$353.79** |
| ACCT #:<br>**Bellaire Dermatologist**<br>**6565 West Loop Ste. 800**<br>**Bellaire, TX  77401** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | **$27.00** |
| ACCT #:  **8674**<br>**Chase**<br>**PO Box 15145**<br>**Wilmington, DE  19850-5145** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$6,311.94** |
| ACCT #:  **8112**<br>**Chase**<br>**PO Box 15145**<br>**Wilmington, DE  19850-5145** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,529.61** |

Sheet no. ___2_____ of ____10_____ continuation sheets attached to          Subtotal >          | **$8,291.88** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **JANE KAO**                                                    Case No.   **12-31484-H3-7**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing: Chase** | | | **Protocol** 509 Mercer Ave Panama City, FL 32401-2631 | | | | **Notice Only** |
| **Representing: Chase** | | | **Resurgent Capital Services, L.P.** PO Box 10587 Greenville, SC   29603-0587 | | | | **Notice Only** |
| ACCT #:  **xxxxx2540** **Cingular Wireless** PO Box 650574 Dallas, TX   75374 | | - | DATE INCURRED: CONSIDERATION: **Services** REMARKS: | | | | $133.11 |
| **Representing: Cingular Wireless** | | | **AFNI** PO Box 3427 Bloomington, IL   61702-3427 | | | | **Notice Only** |
| ACCT #: **Clear** 4400 Carollon Point, 4th Fl-Finance Kirkland, WA 98033 | | - | DATE INCURRED: CONSIDERATION: **Services** REMARKS: | | | | $152.92 |
| ACCT #:  **x8332** **Delaflor-Weiss MD PA** 705 E. Houston Cleveland, TX  77327 | | - | DATE INCURRED:  **12/29/2008** CONSIDERATION: **Medical Services** REMARKS: | | | | $185.38 |

Sheet no. ___3___ of ___10___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >      $471.41

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **JANE KAO**                                       Case No.   **12-31484-H3-7**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-5285**<br>**Discover**<br>**PO Box 3008**<br>**New Albany, OH   43054-3008** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,013.81 |
| **Representing:**<br>**Discover** | | | **MRC Receivables Corp.** | | | | **Notice Only** |
| **Representing:**<br>**Discover** | | | **True Logic Financial Corporation**<br>**PO Box 4437**<br>**Englewood, CO  80155-4437** | | | | **Notice Only** |
| ACCT #:<br>**Discover**<br>**PO Box 3008**<br>**New Albany, OH   43054-3008** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,008.53 |
| **Representing:**<br>**Discover** | | | **Genesis Financial Solutions**<br>**8405 SW Nimbus Ave., Ste. A**<br>**Beaverton, OR 97008-7185** | | | | **Notice Only** |
| **Representing:**<br>**Discover** | | | **National Action Financial Services, Inc**<br>**PO Box 9027**<br>**Williamsville, NY 14231-9027** | | | | **Notice Only** |

Sheet no. ___**4**___ of ___**10**___ continuation sheets attached to        Subtotal >        $4,022.34
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    Total >
                                (Use only on last page of the completed Schedule F.)
                        (Report also on Summary of Schedules and, if applicable, on the
                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **JANE KAO**                                          Case No.   **12-31484-H3-7**
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **Discover** | | | **Vativ Recovery Solutions, LLC** **PO Box 19249** **Sugar Land, TX 77496** | | | | **Notice Only** |
| ACCT #: **Duarte Library** **1301 Buena Vista St** **Duarte, CA 91010** | | - | DATE INCURRED: CONSIDERATION: **Services** REMARKS: | | | | **$88.00** |
| ACCT #: **Estate of Mohammed Nabil Rashad** **23571 1/2 Maribel Avenue** **Carson, CA  90745-5534** | | - | DATE INCURRED: CONSIDERATION: **Divorce Obligation** REMARKS: **Disputed as to liability.** | | | X | **$116,721.06** |
| ACCT #:  **x3114** **Georgia W. Hitchcock, D.D.S** **7500 Beechnut, Suite 374** **Houston, TX  77074** | | | DATE INCURRED: CONSIDERATION: **Medical Services** REMARKS: | | | | **$52.00** |
| ACCT #: **Harris County Hospital District** **PO Box 203735** **Houston, TX  77216-3735** | | - | DATE INCURRED: CONSIDERATION: **Medical Services** REMARKS: | | | | **$199.00** |
| ACCT #: **Hillview Landscaping Inc.** **PO Box 460665** **Houston, TX  77056** | | - | DATE INCURRED:  **8/18/2007** CONSIDERATION: **Services** REMARKS: | | | | **$50.87** |

Sheet no. ____**5**____ of ____**10**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$117,110.93**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **JANE KAO**                                          Case No.   **12-31484-H3-7**
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **x7396**<br>**Houston ENT Clinic, LLP**<br>**PO Box 201157**<br>**Houston, TX   77216-1157** | | - | DATE INCURRED:  **7/31/2006**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | **$24.71** |
| ACCT #:<br>**IRS/Special Procedure Branch**<br>**Attn:  BK Section**<br>**Mail Code 5024HOU**<br>**1919 Smith Street**<br>**Houston, TX   77002** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**J. Michael Kelly**<br>**Law Offices of Michael Kelly**<br>**PO Box 1128**<br>**Santa Monica, CA  80401-3408** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Fees**<br>REMARKS:<br>**Transferor of debtor's interest in real property at 2341 Maroneal, Houston, Texas and 1/2 undivided interest in real property at** | X | | X | **$368,986.30** |
| | | | **2460 Aaron Street, Los Angeles, California. Subject to setoff by the debtor's claims for damages against this creditor.** | | | | |
| **Representing:**<br>**J. Michael Kelly** | | | **James E. Cuellar**<br>**Wells & Cuellar, PC**<br>**440 Louisiana Suite 718**<br>**Houston, TX  77002** | | | | **Notice Only** |
| ACCT #:<br>**Law Office of Paul H. Samuels, PC**<br>**10100 Santa Monica Blvd 3rd Floor**<br>**Los Angeles, CA  90067** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Fees**<br>REMARKS: | | | | **$4,876.45** |

Sheet no. ___**6**___ of ___**10**___ continuation sheets attached to                        Subtotal >          **$373,887.46**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                            Total >
                                                    (Use only on last page of the completed Schedule F.)
                                            (Report also on Summary of Schedules and, if applicable, on the
                                            Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **JANE KAO**                                   Case No.   **12-31484-H3-7**
                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Law Office of Robert A. McAllister, Jr.**<br>**6200 Savoy Suite 630**<br>**Houston, TX  77036** | | - | DATE INCURRED:  **10/2008**<br>CONSIDERATION:<br>**Legal Fees**<br>REMARKS: | | | | $1,474.50 |
| ACCT #:<br>**Law Offices of John A. Tkach**<br>**301 E. Colorado Blvd Suite 514**<br>**Pasadena, CA  91101** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Fees**<br>REMARKS: | | | | $859.00 |
| ACCT #:  **xxxx61CC**<br>**Leachman Cardiology Associates**<br>**PO Box 20206**<br>**Houston, TX  77225** | | - | DATE INCURRED:  **1/23/2006**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xxx0057**<br>**Los Angeles - Met Court**<br>**PO Box 77388**<br>**Los Angeles, CA  90007-0388** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Traffic Citation**<br>REMARKS: | | | | $1,764.00 |
| ACCT #:  **xx3452**<br>**Lovett Dental**<br>**6137 Kirby Drive**<br>**Houston, TX  77005** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $111.00 |
| ACCT #:<br>**Mark Rosetta**<br>**2460 Aaron Street**<br>**Los Angeles, CA  90026** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Wrongful Conversion**<br>REMARKS: | | | X | $300,000.00 |

Sheet no. ___7___ of ___10___ continuation sheets attached to          Subtotal >          $304,208.50
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          Total >
                                      (Use only on last page of the completed Schedule F.)
                             (Report also on Summary of Schedules and, if applicable, on the
                                Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **JANE KAO**                                                  Case No.   **12-31484-H3-7**
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx6895**<br>**Medical Center Emergency Physi**<br>PO Box 4590 Dept 06<br>Houston, TX  77210 | | - | DATE INCURRED:  **11/29/2005**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $194.63 |
| ACCT #:<br>**Mona Rashad**<br>24 Peaceable St #3<br>Brighton, MA 02135 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Wrongful Conversion**<br>REMARKS: | | | X | $300,000.00 |
| ACCT #:  **xx3693**<br>**Regional Medical Laboratory**<br>PO Box 3784<br>Victoria, TX  77903 | | - | DATE INCURRED:  **12/29/2008**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $63.00 |
| ACCT #:<br>**Roslyn Soundry, Esq.**<br>**Law Offices of Roslyn Soundry**<br>10250 Constellation Blvd. Suite 2900<br>Los Angeles, CA 90067 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Legal fees**<br>REMARKS: | | | | $1,730.96 |
| ACCT #:  **xxxxxxxxxxx4153**<br>**Sam's Club**<br>**Attn:  Bankruptcy Dept.**<br>PO Box 103104<br>Roswell, GA  30076 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $297.30 |
| **Representing:**<br>**Sam's Club** | | | **Asset Acceptance Corp.**<br>PO Box 2036<br>Warren, MI  48090-2039 | | | | **Notice Only** |

Sheet no. _____**8**_____ of _____**10**_____ continuation sheets attached to                                       Subtotal >   | $302,285.89
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    Total >
                                                    (Use only on last page of the completed Schedule F.)
                                        (Report also on Summary of Schedules and, if applicable, on the
                                            Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **JANE KAO**                                           Case No.   **12-31484-H3-7**
                                                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxx0760**<br>**St. Lukes Episcopal Health System**<br>**PO Box 4288**<br>**Houston, TX  77210-4288** | | - | DATE INCURRED:  **4/3/2006**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | **$258.82** |
| **Representing:**<br>**St. Lukes Episcopal Health System** | | | **PFS Group**<br>**7670 Woodway Dr. Ste. 250**<br>**Houston, TX  77063-1519** | | | | **Notice Only** |
| ACCT #:  **xxxxxxx0082**<br>**St. Lukes Episcopal Health System**<br>**PO Box 4288**<br>**Houston, TX  77210-4288** | | - | DATE INCURRED:  **4/7/2006**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | **$59.18** |
| **Representing:**<br>**St. Lukes Episcopal Health System** | | | **PFS Group**<br>**7670 Woodway Dr. Ste. 250**<br>**Houston, TX  77063-1519** | | | | **Notice Only** |
| ACCT #:<br>**USC Internal Medicine, Inc.**<br>**PO Box 31218**<br>**Los Angeles, CA 90031** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | **$15.00** |
| ACCT #:  **xxx1524**<br>**Washington County**<br>**Justice Court**<br>**3700 SW Murray Blvd Room 150**<br>**Beaverton, OR  97005** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Traffic Citation**<br>REMARKS: | | | | **$270.00** |

Sheet no. ____**9**____ of ____**10**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$603.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **JANE KAO**

Case No.   **12-31484-H3-7**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **Washington County** | | | **Alliance One** **6565 Kimball Drive Suite 200** **Gig Harbor, WA  98335** | | | | **Notice Only** |
| ACCT #:  **4422** **Wells Fargo Bank** **PO Box 522** **Des Moines, IA  50302-0502** | | - | DATE INCURRED: CONSIDERATION: **Credit Card** REMARKS: | | | | $779.37 |
| **Representing:** **Wells Fargo Bank** | | | **Admin Recovery, LLC** **9159 Main Street** **Clarence, NY 14031** | | | | **Notice Only** |
| ACCT #:  **xxxx1258** **West University Place Fire Dpt** **PO Box 10245** **Liberty, TX  77575** | | - | DATE INCURRED:  **11/29/2005** CONSIDERATION: **Medical Services** REMARKS: | | | | $358.52 |
| | | | | | | | |
| | | | | | | | |

Sheet no. **10** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | $1,137.89 |
| Total > | $1,122,833.12 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **JANE KAO**                                              Case No.   __12-31484-H3-7__
                                                                                      (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Wayne Miller**<br>6829 Carvel Lane<br>Houston, TX  77074 | Lease of premises at 6829 Carvel Lane, Houston, TX<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re **JANE KAO**                                                    Case No.   **12-31484-H3-7**
                                                                                  (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re   **JANE KAO**                                                      Case No.   **12-31484-H3-7**
                                                                                                        (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Single** | Relationship(s): | Age(s): | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | Retired | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

INCOME:  (Estimate of average or projected monthly income at time case filed)

| | | **DEBTOR** | **SPOUSE** |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | |
| 2. | Estimate monthly overtime | $0.00 | |
| 3. | SUBTOTAL | **$0.00** | |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | |
| | b. Social Security Tax | $0.00 | |
| | c. Medicare | $0.00 | |
| | d. Insurance | $0.00 | |
| | e. Union dues | $0.00 | |
| | f. Retirement | $0.00 | |
| | g. Other (Specify) _____ | $0.00 | |
| | h. Other (Specify) _____ | $0.00 | |
| | i. Other (Specify) _____ | $0.00 | |
| | j. Other (Specify) _____ | $0.00 | |
| | k. Other (Specify) _____ | $0.00 | |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | **$0.00** | |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | **$0.00** | |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | |
| 8. | Income from real property | $1,575.00 | |
| 9. | Interest and dividends | $0.00 | |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | |
| 11. | Social security or government assistance (Specify): | | |
| | Social Security | $1,922.00 | |
| 12. | Pension or retirement income | $0.00 | |
| 13. | Other monthly income (Specify): | | |
| | a._____ | $0.00 | |
| | b._____ | $0.00 | |
| | c._____ | $0.00 | |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | **$3,497.00** | |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$3,497.00** | |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$3,497.00** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor draw on annuity periodically.**

B6J (Official Form 6J) (12/07)

IN RE:   **JANE KAO**                          Case No.   **12-31484-H3-7**
                                                                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | |
|    a. Are real estate taxes included?  ☐ Yes  ☒ No | |
|    b. Is property insurance included?  ☐ Yes  ☒ No | |
| 2. Utilities:   a. Electricity and heating fuel | $200.00 |
|              b. Water and sewer | $30.00 |
|              c. Telephone | $75.00 |
|              d. Other:   Internet & Cable | $60.00 |
| 3. Home maintenance (repairs and upkeep) | $172.00 |
| 4. Food | $450.00 |
| 5. Clothing | $100.00 |
| 6. Laundry and dry cleaning | $25.00 |
| 7. Medical and dental expenses | $200.00 |
| 8. Transportation (not including car payments) | $390.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $50.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|         a. Homeowner's or renter's | $87.00 |
|         b. Life | |
|         c. Health | $100.00 |
|         d. Auto | $39.00 |
|         e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments)<br>Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|         a. Auto: | |
|         b. Other: | |
|         c. Other: | |
|         d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $1,364.02 |
| 17.a. Other: Housekeeping Supplies | $75.00 |
| 17.b. Other: Personal Care Products & Services | $75.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and,<br>   if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$3,492.02** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this<br>document:  **None.** | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 15 of Schedule I | $3,497.00 |
| b. Average monthly expenses from Line 18 above | $3,492.02 |
| c. Monthly net income (a. minus b.) | $4.98 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **JANE KAO**                                   CASE NO   **12-31484-H3-7**

CHAPTER   **7**

## EXHIBIT TO SCHEDULE J

## Itemized Business Expenses

| Expense | Category | Amount |
|---------|----------|-------:|
| Mortgage Payment | | **$982.93** |
| Real Property Taxes | | **$330.75** |
| Real Property Insurance | | **$50.34** |
| | **Total >** | **$1,364.02** |

B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re   **JANE KAO**

Case No.   **12-31484-H3-7**

Chapter   **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $443,500.00 | | |
| B - Personal Property | Yes | 6 | $2,470,888.19 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $385,958.86 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $123,944.52 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | $1,122,833.12 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $3,497.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $3,492.02 |
| TOTAL | | 30 | $2,914,388.19 | $1,632,736.50 | |

Form 6 - Statistical Summary (12/07)

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

In re  **JANE KAO**

Case No.  **12-31484-H3-7**

Chapter  **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$123,944.52** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$123,944.52** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$3,497.00** |
| Average Expenses (from Schedule J, Line 18) | **$3,492.02** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$677.50** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$0.00** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$93,970.71** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$29,973.81** |
| 4.  Total from Schedule F | | **$1,122,833.12** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$1,152,806.93** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **JANE KAO**                                              Case No.   **12-31484-H3-7**
                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**32**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **3/14/2012**_____        Signature   **/s/ JANE KAO**_____
                                                                              ***JANE KAO***

Date _____        Signature _____

                                                                              [If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*