IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JANE KAO | § | CASE NO. 12-31484-H3-4 |
| | § | |
| DEBTOR | § | CHAPTER 7 |

### SUCCESSOR TRUSTEE'S STATUS REPORT
### AND BANKRUPTCY RULE 2012 ACCOUNTING

Eva S. Engelhart, Successor Chapter 7 Trustee (the "Trustee") files this Successor Trustee's Status Report and Bankruptcy Rule 2012 Accounting, and would respectfully show the Court as follows:

1. This case was filed on February 29, 2012.

2. Steve Smith was appointed interim Chapter 7 Trustee and thereafter qualified a Chapter 7 Trustee. Mr. Smith was removed as Chapter 7 Trustee on May 16, 2013.

3. The Successor Trustee was appointed on May 16, 2013.

4. Mr. Smith forwarded all records related to the case.

5. The Trustee reviewed all information provided by the Trustee, as well as the docket for the case; the petition, schedules, statement of financial affairs and all other records required to be provided by a debtor pursuant to 11 U.S.C. § 521.

6. The Trustee  X  listened to; __ conducted; or __ reset and no one appeared at the § 341 meeting of creditors.

7. The § 341 Meeting in the case was held but there was no entry made as to the disposition. A claims bar date  X  was or ____ was not requested by the Successor Trustee.

8. Mr. Smith had: ____ docketed a Report of No Distribution;  X  was administering the estate: or ___ filed a Final Report.

9. The Trustee reviewed Form 1. The Trustee confirmed that all scheduled assets are accounted for and that all non scheduled assets have been identified.

10. There is currently $0.00 on deposit in the estate bank account.

11. The following distributions were made: $0.00

12. The total funds received in the case is: $0.00

13. The following professional fees have been approved by Court Order: None

14. The following professional fees have been paid: None

15. The following are assets of the estate that require administration: Successor Trustee is in the process of determining the availability of any assets.

16. Unsecured creditors are not likely to receive a distribution.

17. The Trustee estimates that the case can be closed December 31, 2014.

18. Pursuant to Bankruptcy Rule 2012(b)(2), the Trustee is to provide the U.S. Trustee with an accounting of the prior administration of the case. There is no Official Form for the accounting. The Handbook for Chapter 7 Trustees, Effective October 1, 2012, does not identify a form. The Trustee submits that the information contained herein to provide the accounting contemplated by Bankruptcy Rule 2012(b)(2).

Dated this the 24th day of July, 2013.

Respectfully submitted,

By: _____
Eva S. Engelhart
Successor Chapter 7 Trustee
Texas Bar No. 00796513
2 Riverway, Suite 700
Houston, TX 77056
(713) 626-1200 – Phone
(713) 623-6014 – Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Successor Trustee's Status Report and Bankruptcy Rule 2012 Accounting* was served upon the United States Trustee via electronic mail, ECF/electronic notice or United States mail, first class postage prepaid, on this the ____ day of July, 2013.

/s/ Eva S. Engelhart
Eva S. Engelhart