# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In Re:  Jane Kao

**Debtor(s)**

Case No.: 12–31484

Chapter:  7

**ENTERED**
**09/25/2013**

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Eva S Engelhart is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 9/25/13

*LETITIA Z. PAUL*
United States Bankruptcy Judge